IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO RODRIGUEZ-ZEPEDA,<br>　　Aka Martin Aragon,<br><br>　　　　　　　Defendant. | CASE NO.  5:25-MJ-00017-CDB<br><br>ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

　　　　The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 11, 2025. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

　　　　Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

　　　　Accordingly, it is HEREBY ORDERED:

　　　　1.　　　　The date of the preliminary hearing is extended to/set on April 8, 2025, at 2:30 p.m.; and

2. Defendant shall appear at that date and time before the undersigned in Bakersfield, California.

IT IS SO ORDERED.

Dated: **March 11, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

ORDER

2