KIMBERLY A. SANCHEZ
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00070-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| MARIO RODRIGUEZ-ZEPEDA, AKA MARTIN ARAGON, | |
| Defendant. | DATE: August 13, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status conference on August 13, 2025.

2.  By this stipulation, both parties now move to continue the status conference until December 10, 2025, and to exclude time between August 13, 2025, and December 10, 2025, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented the initial discovery has been either produced directly to counsel and/or made available for inspection and copying. The government has sent a plea offer to counsel for Rodriguez-Zepeda.

    b)  Counsel for defendant has requested additional discovery that the government will

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

be requesting from the investigating agency. Once received, counsel for defendant will need time to review the supplemental discovery.

        c)     Both parties believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 13, 2025 to December 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 30, 2025                                           KIMBERLY A. SANCHEZ
                                                                  Acting United States Attorney

                                                                  /s/ LAUREL J. MONTOYA
                                                                  LAUREL J. MONTOYA
                                                                  Assistant United States Attorney

Dated: July 30, 2025                                           /s/ *Griffin Estes*
                                                                  GRIFFIN ESTES
                                                                  Counsel for Defendant
                                                                  MARIO RODRIGUEZ-
                                                                  ZEPEDA, AKA Martin Aragon

## **ORDER**

IT IS SO ORDERED that the status conference is continued from August 13, 2025, to **December 10, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 2, 2025**              /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE