HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARIO RODRIGUEZ-ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO RODRIGUEZ-ZEPEDA,<br><br>Defendant. | Case No. 1:25-cr-00070-KES-EPG<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Mario Rodriguez-Zepeda, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the status conference hearing on April 8, 2026, at 1:00 p.m., and for all non-substantive proceedings in this matter.

Mr. Rodriguez-Zepeda was ordered released pretrial subject to conditions. *See* Dkt. #3, #8, #9. Mr. Rodriguez-Zepeda has been in compliance with all his pretrial release conditions.

Mr. Rodriguez-Zepeda agrees that his interests shall be represented at all times by the presence of his attorney, Griffin Estes, of the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

//

Respectfully submitted,

Date:  3/31/2026          /s/ *Original Signature on File*
                         MARIO RODRIGUEZ-ZEPEDA


HEATHER E. WILLIAMS
Federal Defender

Date: 3/31/2026          /s/ *Griffin Estes*
                         GRIFFIN ESTES
                         Assistant Federal Defender
                         Attorney for Defendant
                         MARIO RODRIGUEZ-ZEPEDA

**O R D E R**

Defendant's request for a waiver of appearance is DENIED without prejudice. Defendant's request for a waiver of personal appearance does not provide any reason for his request that he be permitted to appear only through counsel.  Absent a counter-vailing reason, the Court finds that Mr. Rodriguez-Zepeda's personal appearance would assist the Court and parties in proceeding with this matter.  His personal appearance will ensure that he fully understands the status of the case.  It will also allow him to provide input into selection of future dates, potentially including trial.

The Court will thus deny the request to be excused from personal appearance at the status conference hearing on April 8, 2026, at 1:00 p.m., and for all non-substantive proceedings in this matter, without prejudice.

Mr. Rodriguez-Zepeda may renew this request if he believes he can show good cause for excusing his personal appearance at any non-substantive proceeding in this matter.

IT IS SO ORDERED.

Dated:   **March 31, 2026**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

Rodriguez Zepeda - Request for Rule 43 Waiver

3