HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARIO RODRIGUEZ-ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARIO RODRIGUEZ-ZEPEDA, <br><br> Defendant. | Case No. 1:25-cr-00070-KES-EPG <br><br> [AMENDED] REQUEST FOR RULE 43 WAIVER OF APPEARANCE;  ORDER |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Mario Rodriguez-Zepeda, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the status conference hearing on April 8, 2026, at 1:00 p.m., and for all non-substantive proceedings in this matter. Mr. Rodriguez-Zepeda submitted a request to have his appearance waived at the April 8, 2026 appearance. ECF Dckt. # 22. This Court denied the request, without prejudice. ECF Dckt. # 23, p. 3. Mr. Rodriguez-Zepeda hereby renews the request, and provides the following additional information to the Court.

Mr. Rodriguez (62) has been under the care of a cardiologist, Dr. Leopoldo Puga, to address a series of medical complications. Specifically, has a history of acute vein thrombosis, type 2 diabetes, hypertriglyceridemia, and hypertension. He is currently proscribed 7

medications. Mr. Rodriguez-Zepeda has a follow-up appointment with Dr. Puga on Wednesday, April 8, 2026, at 12:30 p.m., at the California Cardiovascular Institute in Bakersfield, California. Mr. Rodriguez-Zepeda provided documentation confirming that appointment to undersigned counsel. Mr. Rodriguez-Zepeda cannot attend both the doctor's appointment and the status conference.

Mr. Rodriguez-Zepeda agrees that his interests shall be represented at all times by the presence of his attorney, Griffin Estes, of the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Mr. Rodriguez-Zepeda anticipates that his case will be set for trial at the upcoming status conference.

Respectfully submitted,

Date:  3/31/2026                          */s/ Original Signature on File*
                                         MARIO RODRIGUEZ-ZEPEDA


                                         HEATHER E. WILLIAMS
                                         Federal Defender

Date: 3/31/2026                          */s/ Griffin Estes*
                                         GRIFFIN ESTES
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MARIO RODRIGUEZ-ZEPEDA

Rodriguez Zepeda - Request for Rule 43 Waiver

2

**O R D E R**

Defendant's request for a waiver of appearance is granted in part. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference hearing on April 8, 2026, at 1:00 p.m. only.[1]

IT IS SO ORDERED.

Dated:   **April 2, 2026**                    /s/ _Eric P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant may file a motion to be excused from personal appearances in the future if he believes he has good cause to be excused from such appearances. However, Defendant's motion only provides cause to be excused from the status conference currently set for April 8, 2026.

Rodriguez Zepeda - Request for Rule 43 Waiver

3