HEATHER E. WILLIAMS, CA #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARIO RODRIGUEZ-ZEPEDA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO RODRIGUEZ-ZEPEDA,<br><br>Defendant. | CASE NO. 1:25-CR-00070-KES-EPG<br><br>STIPULATION TO VACATE STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney and Arelis Clemente, Assistant U.S. Attorney and Griffin Estes, attorney for defendant Mario Rodriguez-Zepeda, that the status conference set for September 23, 2026 at 1:00 pm be vacated, and the trial confirmation hearing proceed as scheduled on March 8, 2027.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a trial on April 20, 2027. ECF Dckt. 37. Furthermore, a trial confirmation hearing was set on March 8, 2027. *Id*. Time has already been excluded up to the trial date. *Id*. There is also currently a status conference scheduled on September 23, 2026. *Id*.

2. The government has provided all available discovery to the defense. The parties have engaged in plea negotiations. The parties intend to proceed with the trial confirmation hearing on March 8, 2027.

3. By this stipulation, the parties request that this Court vacate the status conference currently set on September 23, 2026 to preserve judicial resources.

4. The parties agree that Mr. Rodriguez-Zepeda has been in full compliance with the terms of his pretrial release.

Dated: September 9, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Arelis Clemente
ARELIS CLEMENTE
Assistant United States Attorney

Dated: September 9, 2026

/s/ Griffin Estes
GRIFFIN ESTES
Attorney for Mario Rodriguez-Zepeda

**FINDINGS AND ORDER**

IT IS SO ORDERED, the status conference set for September 23, 2026 is vacated. All other court dates remain. Mr. Rodriguez-Zepeda is ordered to appear at all future court appearances.

IT IS SO ORDERED.

Dated: **September 10, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE